ORIGINAL

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 24 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Kenneth Pearson
Noble Kenneth Pearson Bey
_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

Cheif Stokes
Captain Horton
Captain Stephens
Captain Williams
Captain Lewis
Officer Alicea
_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CV 17-5088

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND

YES _____ NO _____

DONNELLY, J.

GOLD, M.J.

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Kenneth Pearson, Noble Kenneth Pearson Bey

If you are incarcerated, provide the name of the facility and address:

_____

_____

_____

Prisoner ID Number: 1131700468

1

If you are not incarcerated, provide your current address:

OBCC 1600 Hazen Street
East Elmhurst, New York 11370

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

**Defendant No. 1**
Full Name: Cheif Stokes
Job Title: Cheif Correction Officer
Address: OBCC 1600 Hazen Street East Elmhurst New York 11370

**Defendant No. 2**
Full Name: Captain Horton Badge #679
Job Title: Correction Officer
Address: OBCC @ 1600 Hazen Street East Elmhurst, New York 11370

**Defendant No. 3**
Full Name: Captain Stephens
Job Title: Correction Officer
Address: OBCC 1600 Hazen Street

2

East Elmhurst, New York 11370
Address

Defendant No. 4

Captain Lewis
Full Name

Correction Officer
Job Title

OBCC 1600 Hazen Street
East Elmhurst, New York 11370
Address

Defendant No. 5

Captain Williams
Full Name

Correction Officer
Job Title

OBCC 1600 Hazen Street
East Elmhurst, New York 11370
Address

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? In the corridor of 6 Lower and 6 Upper on the way back from the messhall.

When did the events happen? (include approximate time and date) On April 7, 2017

3

Facts: (what happened?) On April 7, 2017 2,000 hrs. I was walking in the hallway coming from the messhall, When I was called by Officer Green and was told to go and see the Captain, Captain Holton head of security for QBCC. I was then surrounded by at least 5 more Correction officer and was told to take off my Fez and if I didn't I would be restrained by the Officers surrounding me. Under duress and coercion I was force to go to Intake, I told the Officers on scene I' Moroccan Descendant, Moorish American and this is my Religious Nation Head Dress pursuant to the Trust of Moorish Science Temple of America - see Attached Pages

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

_____
_____
_____
_____
_____
_____

4

Document # 16105905 I was then told that I can't wear it in here because D.O.C. doesn't recognized Moors as a Religious Organization and the Order came from Chief Stokes to take the Fez from me at that time. I was then take to intake and Correction Officer Alicea Badge # 7594 @ 2000 hrs. took my fez and gave me a property reciept. I spoke to Deputy Violenus several times after that to get back my Fez, I also spoke to Captain Williams, Captain Lewis, Captain Stephens. in regards to getting my Fez Back and was told several times by Deputy Violenus that I would get it back but I noticed was getting the run around from Captain Horton and Deputy Violenus still this day they've not started Moorish Temple for Moors, and I have not recieved my Fez. According the First Amendment of the United States Constitution my Religious Rights have been violated and also my Sixth Amendment Rights have been violated also

**III.   Relief:** State what relief you are seeking if you prevail on your complaint.

I want Al-Moroccan descendants to be recognized as a Religious Organization, I want to be rewarded punitive damage in the amount of $100,000,000.00, 1 hundred million dollars for Religious Persecution for denying Moors Religious Services and the removal of my fez. According to U.S. States 1st Amendment of Congress of 1791.

I declare under penalty of perjury that on _____ (date), I delivered this complaint to prison authorities at _____ (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/20/2017

Noble Kenneth Pearson Bey
Signature of Plaintiff

Rikers Island OBCC
Name of Prison Facility or Address if not incarcerated

1600 Hazen Street
East Elmhurst
New York, 11370
Address

1131700468
Prisoner ID#

rev. 12/1/2015